UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SHELDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN QUENTIN STAFF, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03555-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　Plaintiff Jeff Sheldon, a state prisoner currently incarcerated at the Richard J. Donovan Correctional Facility, filed the above-captioned civil rights action under 42 U.S.C. § 1983 raising allegations related to his incarceration at San Quentin State Prison from 2018 to 2023.

　　In an Order dated January 19, 2024, the Court reviewed the complaint and dismissed it with leave to amend. Dkt. 10. The Court informed Sheldon that the failure to file a timely amended complaint would result in the dismissal of his action without prejudice.

　　The twenty-eight-day deadline has passed, and Sheldon has not filed an amended complaint or communicated with the Court in any manner. Accordingly, this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b).

　　The Clerk of the Court shall terminate all pending motions and close the file.

　　**IT IS SO ORDERED.**

Dated: May 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**